CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
November 12, 2024
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| AARON RANDOLPH MOORE, <br>     Petitioner, <br><br> v. <br><br> WARDEN JEFFERY ARTRIP, <br>     Respondent. | ) <br> )    Civil Action No. 7:24cv00619 <br> ) <br> ) <br> ) <br> )    By: Elizabeth K. Dillon <br> )         Chief United States District Judge |

**MEMORANDUM OPINION**

Aaron Randolph Moore, a Virginia inmate proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Dkt. No. 1.) On September 16, 2024, the court issued an order conditionally filing this action and directing petitioner to complete various tasks before this matter can proceed, including paying the filing fee, submitting a complete and signed petition, and providing argument or evidence, including any dates pertaining to the underlying conviction, to establish that his petition is timely. (Dkt. No. 5.) Petitioner was given thirty days to complete these tasks, and he failed to address any of the noted deficiencies within the time allotted.

The court's order warned petitioner that if he failed address the filing fee by either paying the fee, returning the attached consent to fee form, or submitting a completed application to proceed *in forma pauperis* within thirty days, this action would be dismissed without prejudice. (Dkt. No. 5 at 2.) Further, the court's order alerted petitioner that if he failed to address the timeliness issue or return a complete and signed petition, this could also result in the dismissal of the petition.

Because petitioner has not complied with the court's order in any respect, the court will issue an appropriate order dismissing this action.

Entered: November 12, 2024.

                                                                 /s/ *Elizabeth K. Dillon*
                                                                  Elizabeth K. Dillon
                                                                  Chief United States District Judge